No. 01–9625. MURPHY v. MAZZUCA, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 2d Jud.

Dept. Certiorari denied.